UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
YEHUDA MICHAELI, on behalf of himself and : **ELECTRONICALLY FILED**
and all others similarly situated :
:
                Plaintiff, :
:
      -v.- : 05 Civ. 8331 (PKL)
:
EXACT ADVERTISING, LLC, :
:
              Defendant. :
:
---------------------------------------------------------------x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

    Defendant eXact Advertising LLC submits this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that (a) its parent corporation is Innovation Interactive LLC and (b) there is no publicly held corporation which owns 10% or more of its stock.

Dated: October 25, 2005

                              Respectfully submitted,

                              HOGAN & HARTSON L.L.P.


                              By:_____/S/_____
                                  Steven M. Edwards (SE-2773)
                              David F. Wertheimer (DW-6802)
                              875 Third Avenue
                              New York, New York 10022
                              Tel: (212) 918-3000
                              Fax: (212) 918-3100

                              Counsel for Defendant
                              eXact Advertising LLC

**CERTIFICATE OF SERVICE**

This is to certify that I caused to be served, by U.S. mail, first-class postage pre-paid, a true and correct copy of the foregoing upon counsel of record for the parties in this action on this 25 day of October, 2005 at the addresses set forth below:

Ralph M. Stone
Thomas G. Ciarlone, Jr.
SHALOV STONE & BONNER LLP
485 Seventh Avenue, Suite 100
New York, NY 10018

Peter A. Lagorio
Steven M. Taylor
Lynda Carey Paris
LAW OFFICE OF PETER A. LAGORIO
63 Atlantic Avenue
Boston, MA 02110

                                                          /S/
                                                   David F. Wertheimer